# UNITED STATES DISTRICT COURT

__EASTERN__ **District of** __CALIFORNIA__

| | |
|---|---|
| MARIA LEDESMA | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| JO ANNE B. BARNHART, Commissioner of Social Security, Defendant | CASE NUMBER: 1:05-at-00738 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

   X   The clerk is directed to file the complaint.

   X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:** __June 7, 2005__        __/s/ Lawrence J. O'Neill__
66h44d                                 UNITED STATES MAGISTRATE JUDGE