STEVEN G. ROSALES
ATTORNEY AT LAW SBN: 222224
LAW OFFICE OF LAWRENCE D. ROHFLING
12631 E. IMPERIAL HWY SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff MARIA LEDESMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LEDESMA, | Case No.: 1: 05 CV 00744 DLB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE and FILE LATE BRIEF; and ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security Administration, | |
| Defendant | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff MARIA LEDESMA ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 10, 2006; and that Defendant shall have an extension of time until June 10, 2006, to file her opposition, if any is forthcoming.

-1-

1  Plaintiff's counsel makes this request due to an unexpected death in
2  Counsel's immediate family; the demands of this unfortunate circumstance has
3  impacted the ability of counsel to manage his caseload.  Counsel is working
4  feverishly to rectify this temporary problem and Counsel sincerely apologizes to
5  the court for any inconvenience this may have had upon it or its staff.

6  In doing so, specific to this case, Counsel failed to provide defendant with a
7  "confidential settlement letter" setting forth rationale supporting settlement of this
8  case.  In his rush to "catch-up" counsel simply overlooked this portion of the
9  Court's Scheduling Order.  Therefore, the additional time requested will allow
10 defendant to adequately consider the contentions raised in Plaintiff's Opening
11 Brief to determine if settlement can be reached, and if not, allow for the
12 preparation and filing of any response.

DATE:  April 27, 2006          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING


                          BY:  _/s/ Steven Rosales_____
                               Steven G. Rosales
                               Attorney for MARIA LEDESMA


DATE:  April 27, 2006.         McGREGOR W. SCOTT
                               Chief, Civil Division




                          BY:  _/s/ - Kimberly A. Gaab_ by Steven G. Rosales*
                               Kimberly A. Gaab
                               Assistant United States Attorney
                               Attorneys for Defendant
                               [*By email authorization on April 27, 2006]

**ORDER**

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including April 10, 2006, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to June 10, 2006 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE:   May 11, 2006              /s/ *Dennis L. Beck*
                                  DENNIS L. BECK
                                  **United States Magistrate Judge**